# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

Case No. 5D2025-0733
LT Case No. 2010-CF-000110-A
_____

BERNARD JOHNSON,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____


3.800 Appeal from the Circuit Court for Duval County.
Tatiana Radi Salvador, Judge.

Ryan Edward McFarland, of Kent & McFarland, Jacksonville, for
Appellant.

James Uthmeier, Attorney General, and Adam B. Wilson,
Assistant Attorney General, Tallahassee, for Appellee.

October 21, 2025


PER CURIAM.

    AFFIRMED.


WALLIS, BOATWRIGHT, and MACIVER, JJ., concur.

––––––––––––––––––––––––––

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

––––––––––––––––––––––––––